# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2024

Mr. Joseph Elton Cullens Jr.
Walters, Papillion, Thomas, Cullens, L.L.C.
12345 Perkins Road
Building 1
Baton Rouge, LA 70810

Mr. Paul Loy Hurd
Law Offices of Paul Loy Hurd, A.P.L.C.
1896 Hudson Circle
Suite 5
Monroe, LA 71201

Mr. John Carroll Walsh
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

   No. 24-30177   Callais v. Landry
                  USDC No. 3:24-CV-122

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705