**NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: 919.329.3800  F: 919.329.3799
**nelsonmullins.com**

Phillip J. Strach
T: 919.329.3812
**phil.strach@nelsonmullins.com**

April 8, 2024

**Via E-Filing**

Honorable Lyle Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130

**RE:    *Thomas A. Farr***

Dear Clerk Cayce:

We write to inform you that Thomas A. Farr of the law firm Nelson Mullins Riley & Scarborough LLP passed away unexpectedly on April 1, 2024. His passing was a great loss to his family, our firm, and the greater legal community.

At the time of his passing, Mr. Farr represented Nancy Landry, in her official capacity as Secretary of State of Louisiana, in two pending matters before this Court. Those matters are:

- *Nairne v. Landry*, No. 24-30115

- *Callais v. Landry*, No. 24-30177

Nelson Mullins Riley & Scarborough LLP and Shows, Cali & Walsh, LLP will continue to represent Secretary Landry in these cases. As such, we respectfully request that Thomas A. Farr be withdrawn from the foregoing active matters in this Court.

Respectfully Submitted,

/s/Phillip J. Strach

cc: All counsel.

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA