# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2024

Mr. John N. Adcock
Adcock Law, L.L.C.
3110 Canal Street
New Orleans, LA 70119

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Edward Dean Greim
Graves Garrett Greim, L.L.C.
1100 Main Street
Suite 2700
Kansas City, MO 64105

Ms. Cassie Holt
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Mr. Paul Loy Hurd
Law Offices of Paul Loy Hurd, A.P.L.C.
1896 Hudson Circle
Suite 5
Monroe, LA 71201

Mrs. Alyssa Riggins
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Mr. Phillip Strach
Nelson Mullins Riley & Scarborough, L.L.P.
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

Mr. John Carroll Walsh
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

    No. 24-30177    Callais v. Landry
                     USDC No. 3:24-CV-122

Dear Counsel,

Briefing Resumed.

ATTENTION ATTORNEYS: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

Record Excerpts: 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving

to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Majella A. Sutton, Deputy Clerk
                         504-310-7680

Enclosure(s)

cc w/encl:
    Mr. Daniel Cohen
    Mr. Joseph Elton Cullens Jr.
    Ms. Qizhou Ge
    Ms. Abha Khanna
    Ms. Lalitha Madduri
    Mr. Jacob D. Shelly

Phillip Callais; Lloyd Price; Bruce Odell; Elizabeth Ersoff; Albert Caissie; Daniel Weir; Joyce Lacour; Candy Carroll Peavy; Tanya Whitney; Mike Johnson; Grover Joseph Rees; Rolfe McCollister,

        Plaintiffs   Appellees

v.

Nancy Landry, In her official capacity as Louisiana Secretary of State,

        Defendant   Appellee

State of Louisiana,

        Intervenor - Appellee

Press Robinson; Edgar Cage; Dorothy Nairne; Edwin Rene Soule; Alice Washington; Clee Earnest Lowe; Davante Lewis; Martha Davis; Ambrose Sims; National Association for the Advancement of Colored People Louisiana State Conference; Power Coalition for Equity and Justice,

        Intervenors - Appellees

v.

Edward Galmon, Sr.; Ciara Hart; Norris Henderson; Tramelle Howard; Ross Williams,

        Movants - Appellants