# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 26, 2024

Mr. John N. Adcock
Adcock Law, L.L.C.
3110 Canal Street
New Orleans, LA 70119

    No. 24-30177    Callais v. Landry
                         USDC No. 3:24-CV-122

Dear Mr. Adcock,

The deadline to file the appellee's brief expired on July 15, 2024, see Fed. R. App. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                   By: _____
                                   Majella A. Sutton, Deputy Clerk
                                   504-310-7680

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Morgan Brungard
    Mr. Daniel Cohen
    Mr. Joseph Elton Cullens Jr.
    Ms. Qizhou Ge
    Mr. Edward Dean Greim
    Ms. Cassie Holt
    Mr. Paul Loy Hurd
    Ms. Abha Khanna
    Ms. Lalitha Madduri
    Mrs. Alyssa Riggins
    Mr. Jacob D. Shelly
    Mr. Phillip Strach

Mr. John Carroll Walsh