# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 27, 2025
Lyle W. Cayce
Clerk

No. 24-30177

Phillip Callais; Lloyd Price; Bruce Odell; Elizabeth Ersoff; Albert Caissie; Daniel Weir; Joyce Lacour; Candy Carroll Peavy; Tanya Whitney; Mike Johnson; Grover Joseph Rees; Rolfe McCollister,

*Plaintiffs—Appellees*,

*versus*

Nancy Landry, *In her official capacity as Louisiana Secretary of State*,

*Defendant—Appellee*,

State of Louisiana,

*Intervenor—Appellee*,

Press Robinson; Edgar Cage; Dorothy Nairne; Edwin Rene Soule; Alice Washington; Clee Earnest Lowe; Davante Lewis; Martha Davis; Ambrose Sims; National Association for the Advancement of Colored People Louisiana State Conference; Power Coalition for Equity and Justice,

*Intervenors—Appellees*,

*versus*

Edward Galmon, Sr.; Ciara Hart; Norris Henderson; Tramelle Howard; Ross Williams,

No. 24-30177

*Movants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CV-122
_____

Before Higginbotham, Willett, and Ho, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.